In re RODGERS. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the application for the removal from office of John Rodgers, a justice of the peace of the town of Woodbury, Orange county, N. Y. No opinion. Application referred to Mr. N. Deyo Belknap, of Newburgh, N. Y., to hear and to report to the court, with his opinion. Order signed.

ROEHRS, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Julius Roehrs against the Manhattan Refrigerating Company. W. H. Harris, for appellant. E. S. Hatch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROGERS, Respondent, v. F R A N K L I N MILLS CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Richard J. Rogers against the Franklin Mills Company. G. S. Scofield, for appellant. T. M. Rowlette, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROONEY, Respondent, v. BROGAN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Margaret Rooney, as administratrix, etc., of John Rooney, deceased, against the Brogan Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See 95 N. Y. Supp. 1; 99 N. Y. Supp. 939.

ROSCOE LUMBER CO., Appellant, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Roscoe Lumber Company against William H. Reynolds and another. No opinion. Appeal dismissed, without consideration, for the reason that the record fails to show that the case was settled by the justice of the Municipal Court before whom it was tried, as required by section 318 of the Municipal Court act (Laws 1902, p. 1581, c. 580).

ROSE et al., Appellants, v. ROSE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Joseph H. Rose and another against John B. Rose, individually and as trustee, etc., of John C. Rose, deceased, and others. No opinion. Judgment affirmed, with costs.

R O S E N B E R G et al., Respondents, v. FRANKEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Charles Rosenberg and another against Rosa Frankel and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

ROSENTHAL v. EMPIRE BRICK CO. FISH v. HAHN. MORRIS v. BOARD OF EDUCATION. BEILIN v. WEIN. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Actions by Joseph Rosenthal against the Empire Brick Company, by John J. Fish against Henrietta Hahn, by George Morris against the board of education, and by Joseph Beilin against Rosie Wein. No opinions. Applications granted. Order signed.

In re ROSSELL. (Supreme Court, Appellate Division, Third Department. November 20, 1907.) In the matter of the judicial settlement of the accounts of Sarah J. Rossell, as one of the executors of Elizabeth Gamble, deceased, by Isaac S. Rossell and another, as executors of said Sarah J. Rossell, deceased. No opinion. Reargument ordered, and matter referred to Timothy L. Bush, referee, to take further evidence as to the payment of the $2,000 legacy to Mrs. Rossell, and to report such evidence to this court.

ROSSENBACH, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Thereso Rossenbach against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment and order affirmed, with costs.

ROWE et al. v. HOROWITZ. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Margaret Rowe and another against Charlotte Horowitz. No opinion. Motion granted, with $10 costs. Order filed.

In re RUPP et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of Louis P. Rupp and others. PER CURIAM. Order (106 N. Y. Supp. 483) affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

RUSSELL, Appellant, v. WALWORTH, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Edgar A. Russell against George S. Walworth. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

RUTHENBERG, Respondent, v. COLLINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by August W. L. Ruthenberg against Newton M. Collins and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

RUYL, Respondent, v. KAHLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by James P. Ruyl against William T. H. Kahler. No opinion. Judgment of the Municipal Court affirmed, with costs.

RYAN, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Ac-

tion by Florence A. Ryan against the Central New York Telephone & Telegraph Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

RYAN, Respondent, v. HALLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Anna F. Ryan against John J. Halligan, executor, etc. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, to reduce the verdict to $500, in which case judgment and order affirmed, without costs.

RYAN v. HALLIGAN. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Anna F. Ryan against John J. Halligan, as executor, etc., of Catherine Clark, deceased. No opinion. Motion denied.

RYAN, Respondent, v. PENNSYLVANIA COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John A. Ryan, as administrator, etc., of John J. Ryan, deceased, against the Pennsylvania Coal Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAMMARITANO, Respondent, v. INTER-URBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Vincenzo Sammaritano against the Interurban Street Railway Company. B. H. Ames, for appellant. C. O. Maas, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and LAMBERT, JJ., dissent.

SCHIEFER, Appellant, v. FREYGANG et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Bertha Schiefer against Minna Freygang and others. L. M. Berkeley, for appellant. G. W. Files, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHLESINGER v. BUTCHER et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Leo Schlesinger, as receiver, against Edward Butcher, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

SCHRADER, Respondent, v. ELIAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by John Schrader, an infant, etc., against Gabriel Elias and another. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Respondent, v. YVELIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by William Schultz against Cordelia E. Yvelin. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

In re SCOTT'S ESTATE. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the estate of Rebecca B. Scott, deceased. No opinion. Decree affirmed, with costs. Order filed.

In re SEA BEACH RY. CO. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the application of the Sea Beach Railway Company to compel the payment of an award, etc., for opening Third avenue from Sixtieth street to the Shore Driveway, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SELLECK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Robert R. Selleck against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., dissents.

SELLEY et al., Respondent, v. IRISH INDUSTRIAL EXPOSITION & AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edwin J. Selley and another against the Irish Industrial Exposition & Amusement Company. T. M. Tyng, for appellant. L. M. Berkeley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 53 Misc. Rep. 46, 102 N. Y. Supp. 1006.

SHAPIRO et al., Appellants, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Abraham Shapiro and another against Adolph Friedman. No opinion. Judgment of the Municipal Court affirmed, with costs.

SHEEHAN v. MARTIN et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Dennis E. Sheehan against Joseph Martin and another. No opinion. Motion dismissed, with $10 costs. Order filed.

SHOEMAKER, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Henry Shoemaker against the Security Mutual Life Insurance Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., dissents.

In re SILKMAN et al. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the accounting of Theodore H. Silkman, James G. Shaw, and J.